# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JOHN MCNEESE, | ) |
| | ) |
| Plaintiff, | ) |
| | )  No. 4-21-cv-00184-SCJ |
| vs. | ) |
| | ) |
| QSI BUSINESS SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Section Fed. R. Civ. P. 41(a)(1)(i), Plaintiff hereby voluntarily dismisses this lawsuit without prejudice.

Respectfully submitted,

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr. (GA 387630)
4525 Harding Road, Suite 200
Nashville, TN 37205
(615) 313-8188
(615) 313-8702 (facsimile)
rsjackson@rsjacksonlaw.com

Stephen B. Farrow (GA 256025)
Warren & Griffin, P.C.
300 West Emery Street, Suite 108
Dalton, GA 30720

(706) 529-4878
(706) 529-3890 (facsimile)
stephen.farrow@warrenandgriffin.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2022, a true and correct copy of the foregoing was served via U.S. mail, postage prepaid, on Ashley Nicole Stroud, QSI Business Solutions, LLC, 1105 East Walnut Avenue, Dalton, Georgia, 30721.

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr. (GA 387630)